**ZA Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Associates, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel. 631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

Saul D. Zabell
Email: SZabell@laborlawsny.com

**FILED**
**CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★ AUG 11 2016 ★

**LONG ISLAND OFFICE**

August 10, 2016

*Denied.* The re-reading of the Court's order must take place today (8/11/16) at 4:30 p.m. The Court has considered Respondent's excuses for not being able to do so and does not find them persuasive.

**VIA ELECTRONIC CASE FILING**

The Honorable Sandra J. Feurstein
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re:  Kathy Drew-King Petitioner v. Deep Distributors of Greater NY,
      Inc. D/B/A The Imperial Sales, Inc.
      **Case No.: CV-16-1916 (SJF) (AKT)**

Your Honor:

  This firm is counsel to Deep Distributors of Greater NY, Inc., Respondent in the above-referenced matter. We write again seeking a further modification from your Honor's August 9, order. (Docket #33) Despite attempts to mutually schedule the re-reading at a mutually agreed upon time tomorrow we are unable to agree on a time to do so with the National Labor Relations Board representatives. We have proposed anytime between 9:30 and 12:30 before various employees leave the premises for their meal breaks. We do not believe that after 12:30 we can maximize employee attendance. The National Labor Relations Board has insisted that the reading occur between 4:00 and 5:00. We explained to the Board that we are not available at that time. Beginning at 4:00 my clients and all management level employees will be in a client meeting that is expected to last long after the warehouse employees leave.

  We therefore respectfully request that we be granted an additional two work days to perform the reading. It is our intention to offer Friday between 8:00 and 5:00 or Monday between 10:00 and 5PM for the reading.

Respectfully submitted,

**ZABELL & ASSOCIATES, P.C.**

*Digitally signed by Saul D. Zabell*
*Date: 2016.08.10 14:21:09 -04'00'*

Saul D. Zabell
SDZ/ms
cc: Clients, Henry Powell, Esq., Emily A. Cabrera, Esq. *via* Electronic Case Filing

SO ORDERED.
s/ Sandra J. Feuerstein
Sandra J. Feuerstein, US DJ
8/11/2016